

CJR
7-18-19

LEP/PAR: USAO 2019R00482

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JUL 16 PM 1:03

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | BY_____*_____DEPUTY | |
| v. | * | CRIMINAL NO. GLR-19-0334 |
| | * | |
| ANTHONY BANKS | * | (Possession of a Firearm by |
| a/k/a/ "Nugget," | * | a Prohibited Person, 18 U.S.C. |
| | * | § 922(g)(1); Possession with Intent to |
| Defendant | * | Distribute Controlled Substances, 21 |
| | * | U.S.C. § 841; Forfeiture, 18 U.S.C. |
| | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland charges that:

On or about March 9, 2019, in the District of Maryland, the defendant,

**ANTHONY BANKS,**
a/k/a "Nugget,"

possessed in and affecting commerce a firearm and ammunition, that is, a Glock 21 .45 caliber firearm with serial number XN306 and ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly.

18 U.S.C. § 922(g)

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland further charges that:

On or about March 9, 2019, in the District of Maryland, the defendant,

**ANTHONY BANKS,**
a/k/a "Nugget,"

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of alprazolam, a Schedule IV controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's convictions under Count One and Count Two of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**ANTHONY BANKS,**
**a/k/a "Nugget,"**

shall forfeit to the United States the firearm involved in the commission of the offense a Glock 21 .45 caliber firearm with serial number XN306 and ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert Hur*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

16 JULY 19
Date

3